Case Number: KD-2017-0293
Filed in Kent County Superior Court
Submitted: 1/28/2020 4:47 PM
Envelope: 2448079
Reviewer: Takesha L.

# Exhibit D

Case Number: KD-2017-0293
Filed in Kent County Superior Court
Submitted: 1/28/2020 4:47 PM
Envelope: 2448079
Reviewer: Takesha L.

INST: 00005154
Bk: 1901 Pg: 648

# FORECLOSURE DEED

Federal National Mortgage Association

a corporation duly established under the laws of the United States of America and having its usual

place of business at P.O. Box 650043 , Dallas , TX 75265-0043

the current holder by assignment of a mortgage

given by  Louis M. Lesniak

to      Providence Postal Federal Credit Union

dated    March 27, 2006 and recorded March 31, 2006 at 10:52 AM in Book 1717 at Page 154 in

the Records of Land Evidence in the Town of Coventry, County of Kent and State of Rhode Island

, by the power conferred by said mortgage and every other power, for ONE HUNDRED EIGHTY-

THREE THOUSAND SEVEN HUNDRED FIFTY AND 35/100 ($183,750.35) DOLLARS paid,

grants to Federal National Mortgage Association of P.O. Box 650043 , Dallas , TX 75265-0043,

the premises conveyed by said mortgage, viz:

> That certain lot or parcel of land with all the buildings and other improvements thereon, situated on the southerly side of Dion Avenue, in the Town of Coventry, in the State of Rhode Island, laid out and designated as Lot No. 61 (sixty-one) on that plat entitled, "Rossevelt Hills Plat Coventry, R.I. by Waterman Engineering Co., April 1946", which plat is recorded in the Land Evidence Records of the Town of Coventry in Plat Book 3 at page 108.
> Plat 64, Lot 159

Property Address: 7 Dion Avenue, Coventry, RI 02816

201011-1101

Case Number: KD-2017-0293
Filed in Kent County Superior Court
Submitted: 1/28/2020 4:47 PM
Envelope: 2448079
Reviewer: Takesha L.

Case 1:22-cv-00018-JJM-LDA   Document 1-4   Filed 01/12/22   Page 3 of 8 PageID #: 94

INST: 00005154
Bk: 1901 Pg: 649

Meaning and intending to convey, and hereby conveying, the premises conveyed to this Mortgagee in that certain mortgage deed as set forth above. The premises were sold at foreclosure auction on 1/26/2011. No withholding tax is required under the provisions of R.I.G.L. 44-30-71.3, in that no net proceeds were payable to the mortgagor(s).

This conveyance is exempt from the provisions of the Rhode Island Life Safety Code (RILSC) pursuant to RILSC 24.3.1.4.1(5) and 25.2.2.4.1(5), as the property is being transferred pursuant to a foreclosure sale, and no smoke detector and carbon monoxide detector certification is required.

This conveyance is made subject to all taxes, assessments, and other encumbrances which may constitute a lien thereon surviving said foreclosure sale, and is conveyed subject to any restrictions of record and rights of tenants in possession, if any, as shall notwithstanding this provisions, constitute valid liens or encumbrances thereon after said sale.

The grantor is exempt from paying the Rhode Island state excise stamp tax by virtue of 12 United States Code §1452, §1723a, or §1825.

WITNESS the execution and the corporate seal of said corporation this _____ day of _____ ,2011.

201011-1101
Lesniak, Louis

Case Number: KD-2017-0293
Filed in Kent County Superior Court
Submitted: 1/28/2020 4:47 PM
Envelope: 2448079
Reviewer: Takesha L.

Case 1:22-cv-00018-JJM-LDA   Document 1-4   Filed 01/12/22   Page 4 of 8 PageID #: 95

INST: 00005154
Bk: 1901 Pg: 650

Federal National Mortgage Association

By: _____
Francis J. Nolan of Harmon Law Offices, P.C. as Attorney in Fact*

*For signatory authority see Limited Power of Attorney recorded with the Records of Land Evidence in the Town of Coventry at Book 889, Page 110.

**Commonwealth of Massachusetts**

Middlesex, ss.                                                March 21, 2011

On this 21st day of ____March____ 2011, before me, the undersigned notary public, personally appeared Francis J. Nolan, proved to me through satisfactory evidence of identification, which were personal knowledge, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

Capacity: (as __Attorney in Fact*__

for __Federal National Mortgage Association__ )

_____ (Affix Seal)
Notary Signature

My commission expires: __10/28/2016__

201011-1101
Lesniak, Louis

Case Number: KD-2017-0293
Filed in Kent County Superior Court
Submitted: 1/28/2020 4:47 PM
Envelope: 2448079
Reviewer: Takesha L.

Case 1:22-cv-00018-JJM-LDA   Document 1-4   Filed 01/12/22   Page 5 of 8 PageID #: 96

INST: 00005154
Bk: 1901 Pg: 651

# AFFIDAVIT

I, Heather Simmons

Esquire of Harmon Law Offices, PC as attorneys for Federal National Mortgage Association named in the foregoing deed, make oath and say that the principal and interest obligation mentioned in the mortgage above referred to were not paid or tendered or performed when due or prior to the sale, and that Federal National Mortgage Association caused to be published on January 5, 2011, January 12, 2011, and January 19, 2011 in the Kent County Daily Times, a public newspaper published in the Town of West Warwick, County of Kent, State of Rhode Island, in accordance with the provisions of said mortgage, notice of sale, the following being a true copy of said notice:

**MORTGAGEE'S SALE**

**7 Dion Avenue
Coventry, RI**

The premises described in the mortgage will be sold subject to all encumbrances and prior liens on January 26, 2011 at 4:00 p.m. on the premises, by virtue of the power of sale contained in a mortgage by Louis M. Lesniak dated March 27, 2006 and recorded in the Coventry Land Evidence Records in Book 1717, Page 154, the conditions of said mortgage having been broken.

$5,000.00 in cash, certified or bank check is required to bid. Other terms will be announced at the sale.

HARMON LAW OFFICES, P.C.
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458
(617) 558-0500
201011-1101 - YEL

**MORTGAGEE'S SALE**

**7 Dion Avenue
Coventry, RI**

The premises described in the mortgage will be sold subject to all encumbrances and prior liens on January 26, 2011 at 4:00 p.m. on the premises, by virtue of the power of sale contained in a mortgage by Louis M. Lesniak dated March 27, 2006 and recorded in the Coventry Land Evidence Records in Book 1717, Page 154, the conditions of said mortgage having been broken.

$5,000.00 in cash, certified or bank check is required to bid. Other terms will be announced at the sale.

HARMON LAW OFFICES, P.C.
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458
(617) 558-0500
201011-1101 - YEL

201011-1101

/Affidavit RI/Lesniak, Louis

Case Number: KD-2017-0293
Filed in Kent County Superior Court
Submitted: 1/28/2020 4:47 PM
Envelope: 2448079
Reviewer: Takesha L.

Case 1:22-cv-00018-JJM-LDA   Document 1-4   Filed 01/12/22   Page 6 of 8 PageID #: 97

INST: 00005154
Bk: 1901 Pg: 652

I certify that after the expiration of at least forty-six (46) days from the date of mailing of the notice required by R.I. Gen. Laws § 34-27-3.1, in accordance with the terms of said mortgage and pursuant to R.I.G.L. 34-11-22 and 34-27-4, as amended, notice of the time and place of the foreclosure sale was mailed to the mortgagor(s) by certified mail, return receipt requested, at the address of the real estate; at the mortgagor's address listed with the tax assessor's office for the Town of Coventry, if different from the property address; at the last known address for the mortgagor(s); and at any other address the mortgagor may have designated by written notice to the mortgagee. I certify that such notice was sent at least thirty (30) days prior to the first publication, including the day of mailing in the computation.

Pursuant to said notice at the time and place therein appointed, Federal National Mortgage Association sold the mortgaged premises at public auction by Robert Lopez, a duly licensed auctioneer, to Federal National Mortgage Association above-named for ONE HUNDRED EIGHTY-THREE THOUSAND SEVEN HUNDRED FIFTY AND 35/100 ($183,750.35) DOLLARS bid by Federal National Mortgage Association, being the highest bid made therefor at said auction.

I further make affidavit and say that I am familiar with the contents of the Servicemembers Civil Relief Act, that to the best of my knowledge and information and belief, the record owners of the property described in said mortgage, namely Louis M. Lesniak, were not "persons" in the Military Service of the United States of America as defined by the Servicemembers Civil Relief Act, and were not in "Military Service" as defined by said Act at the time of the commencement of the within foreclosure proceeding, or at the time of sale under the power given by said mortgage or at any time within the period of nine (9) months immediately preceding said sale, and that the above facts have been ascertained after investigation duly made.

Case Number: KD-2017-0293
Filed in Kent County Superior Court
Submitted: 1/28/2020 4:47 PM
Envelope: 2448079
Reviewer: Takesha L.

Case 1:22-cv-00018-JJM-LDA   Document 1-4   Filed 01/12/22   Page 7 of 8 PageID #: 98

```
INST:    00005154
Bk:   1901  Pg:     653
```

By: _Heather Simmons_, Esquire

## Commonwealth of Massachusetts

Middlesex, ss.                                             March 24, 2011

Subscribed and sworn to before me in Newton, Commonwealth of Massachusetts, on the 24th day of March, 2011.

_____ (Affix Seal)
Notary Public

Printed Name  Thomas. R. Egge
My commission expires: 7/22/2016

THOMAS R. EGGE
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
July 22, 2016

201011-1101/Post Sale B

Case Number: KD-2017-0293
Filed in Kent County Superior Court
Submitted: 1/28/2020 4:47 PM
Envelope: 2448079
Reviewer: Takesha L.

Case 1:22-cv-00018-JJM-LDA   Document 1-4   Filed 01/12/22   Page 8 of 8 PageID #: 99

INST: 00005154
Bk: 1901 Pg: 654

## AFFIDAVIT OF COMPLIANCE WITH RIGL 34-27-3.1

I, Amy Cahall, of Wells Fargo Bank, N.A. as servicer for Federal National Mortgage Association named in the foregoing deed, based upon information contained in our books and records as they are kept in the ordinary course of business, hereby make oath and state that in accordance with R.I.G.L. 34-27-3.1, written notice of default and the availability of counseling was mailed to the mortgagor(s) on the following date, August 1, 2010, by first class mail, at the address of the real estate and, if different, at the address designated by the mortgagor(s) by written notice to the mortgagee as the mortgagor's address for receipt of written notices.

Wells Fargo Bank, N.A.
By: _____
Amy Cahall
Assistant Vice President

State of South Carolina

York County, ss.                September 29, 2011

Subscribed and sworn to before me in Fort Mill (city/town) SC State on the 29th day of September, 2011.

_____
Notary Public

Printed Name Keisha Wells

My commission expires: 2\3\2021

201011-1101/Post Sale B



KEISHA WELLS
Notary Public, South Carolina
My Commission Expires
February 03, 2021

TOWN OF COVENTRY, R.I.
Oct 06,2011 08:59:51A
Cheryl A George, TOWN CLERK