Case Number: KD-2017-0293
Filed in Kent County Superior Court
Submitted: 1/28/2020 4:47 PM
Envelope: 2448079
Reviewer: Takesha L.

# Exhibit E

Case Number: KD-2017-0293
Filed in Kent County Superior Court
Submitted: 1/28/2020 4:47 PM
Envelope: 2448079
Reviewer: Takesha L.

Case 1:22-cv-00018-JJM-LDA   Document 1-5   Filed 01/12/22   Page 2 of 2 PageID #: 101

MERS # REDACTED
TELEPHONE: 1-888-679-6377

## ASSIGNMENT

PROVIDENCE POSTAL FEDERAL CREDIT UNION, holder of a mortgage from ___LOUIS M. LESNIAK_____

to PROVIDENCE POSTAL FEDERAL CREDIT UNION dated __MARCH 27 2006__

and recorded with the Records of Land Evidence of
___TOWN OF COVENTRY_____ on ___MARCH 31 2006___

at __1052__ (AM)/PM in Book __1717__ Page __154__ and assigns

said mortgage and the Note and claim secured thereby to:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
ITS SUCCESSORS AND ASSIGNS, AS NOMINEE FOR
OHIO SAVINGS BANK, ITS SUCCESSORS AND ASSIGNS,
PO BOX 2026
FLINT MICHIGAN  48501-2026

   IN WITNESS WHEREOF the said PROVIDENCE POSTAL FEDERAL
CREDIT UNION has caused its corporate seal to be hereto
affixed and these presents to be signed in its name and behalf
by KENNETH F. POYTON, GENERAL MANAGER this __27TH__ day of
___MARCH_____, __2006__ .

Signed and sealed in the       PROVIDENCE POSTAL FEDERAL CREDIT
presence of:                   UNION
_____      By: _____
WITNESS/GERALD A. MOSCA            KENNETH F. POYTON,
                                   GENERAL MANAGER

STATE OF RHODE ISLAND
COUNTY OF KENT

   In __WARWICK___ on the __27TH__ day of __MARCH_____,
__2006__, before me personally appeared KENNETH F. POYTON,
GENERAL MANAGER of  PROVIDENCE POSTAL FEDERAL CREDIT UNION to
me known and known by me to be the party executing the
foregoing instrument, and he acknowledged said instrument, by
him executed, to be his free act and deed and the free act and
deed of PROVIDENCE POSTAL FEDERAL CREDIT UNION

                               _____
                               NOTARY PUBLIC  GERALD A. MOSCA
                               MY COMM. EXPIRES:    6/25/09

LYNN\FORMS\ASSIGN.PPFCU.OHIO MERS